SAMUEL BLANK, Appellant, *v.* WALLACE L. CONNER et al.,
Respondents.

*Subrogation — loss by employer from dishonesty of employee covered by
indemnity bond — repayment by employee of amount with money
obtained by fraud from plaintiff — action for subrogation to rights
of employer under bond.*

*Blank* v. *Conner*, 219 App. Div. 789, affirmed.
(Argued May 10, 1927; decided May 31, 1927.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered February 9, 1927, affirming a judgment in favor
of defendants entered upon a dismissal of the complaint
by the court on trial at Special Term. The complaint
alleged that the defendant Manufacturers Trust Com-
pany held an indemnity bond of the defendant United
States Fidelity and Guaranty Company, indemnifying
it against any loss by reason of any dishonesty or criminal
act of any of its officers or employees; that the defendant
Conner, one of the officers of the Manufacturers Trust
Company covered by the said indemnity bond, procured
it to cash for him two checks drawn on his account in
another bank; that Conner did not have sufficient funds in
the bank to meet the checks and the trust company
thereby sustained a loss of $6,050, which it could have
recovered on the indemnity bond of United States Fidelity
and Guaranty Company; that subsequently Conner
obtained $6,000 from the plaintiff by fraud and fraudulent
representations, which he used to make good the loss
alleged to have been sustained by the Manufacturers
Trust Company and that by reason of the premises
plaintiff is entitled to be subrogated to the rights of the
Manufacturers Trust Company on the indemnity bond
of the United States Fidelity and Guaranty Company to
recover from the latter the sum which it lost.

*Arthur L. Burchell* for appellant.

Prepared by State Reporter from Appeal Papers

*William J. McArthur* for United States Fidelity and Guaranty Company, respondent.

*Murray L. Jacobs* for Manufacturers Trust Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not voting: CRANE, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD WESTCOATT, Appellant.

*Crimes — receiving stolen property — judgment of conviction affirmed.*

*People* v. *Westcoatt,* 219 App. Div. 807, affirmed.

(Argued May 10, 1927; decided May 31, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 4, 1927, which affirmed a judgment of the Court of General Sessions of the county of New York, rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen property in the first degree.

*Clark L. Jordan* for appellant.

*Joab H. Banton, District Attorney (Edwin B. McGuire* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of FRANK P. KEENAN, Appellant, against FREDERICK S. GREENE, State Superintendent of Public Works, et al., Respondents.

*Civil service — veterans — abolishment of position held by veteran of Spanish-American War — mandamus to compel reinstatement properly denied.*

*Matter of Keenan* v. *Greene,* 216 App. Div. 775, affirmed.

(Submitted May 13, 1927; decided May 31, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial